ALL AMERICAN AIRWAYS, INC., ET AL. *v.* UNITED AIR LINES, INC., ET AL.

No. 129. Decided October 24, 1960.

*Albert F. Beitel* and *John H. Pratt* for petitioners.

*Robert L. Stern, Howard C. Westwood* and *William H. Allen* for respondents.

*Solicitor General Rankin, Franklin M. Stone* and *O. D. Ozment* for the Civil Aeronautics Board.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Court of Appeals with instructions to retain jurisdiction until such time as further legislation has been enacted or Public Law 86–661 [Act of July 14, 1960, 74 Stat. 527] has expired.